# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Joachim Nwogu,

      Plaintiff,

v

PPG Industries, Inc.,

      Defendant.

**Case No. 05-70135**
**Hon.  Paul D. Borman**

**STIPULATION DISMISSING CLAIMS WITH PREJUDICE AND WITHOUT COSTS**

_____/

ROY, SHECTER & VOCHT, PC
Michelle E. Vocht (P32924)
36700 Woodward Avenue, Suite 205
Bloomfield Hills, MI 48304
(248) 540-7660
Attorneys for Plaintiff

BODMAN LLP
By:     Christopher P. Mazzoli (P51417)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
Attorneys for Defendant

_____/

## STIPULATION DISMISSING CLAIMS WITH PREJUDICE AND WITHOUT COSTS

The parties to this civil action, through their respective counsel, stipulate to the dismissal of this action with prejudice and without costs.

s/  with consent of Michelle E. Vocht
P32924
Attorney for Plaintiff
Roy, Shecter & Vocht, PC
36700 Woodward Avenue, Suite 205
Bloomfield Hills, MI 48304

s/Christopher P. Mazzoli
P51417
Attorney for Defendant
Bodman LLP
201 W. Big Beaver Road, Suite 500
Troy, MI 48084

Date: July 16, 2007

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Joachim Nwogu,

     Plaintiff,

v

PPG Industries, Inc.,

     Defendant.

**Case No. 05-70135**
**Hon.  Paul D. Borman**

**ORDER OF DISMISSAL**

_____/

ROY, SHECTER & VOCHT, PC
Michelle E. Vocht (P32924)
36700 Woodward Avenue, Suite 205
Bloomfield Hills, MI 48304
(248) 540-7660
Attorneys for Plaintiff

BODMAN LLP
By:    Christopher P. Mazzoli (P51417)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
Attorneys for Defendant

_____/

## ORDER OF DISMISSAL

At a session of said Court held in the

Federal Building in the City of Detroit,
State of Michigan on <u>July 24,</u> 2007

    PRESENT:  Honorable <u> PAUL D. BORMAN              </u>
                      U.S. District Court Judge

    IT IS HEREBY ORDERED, pursuant to the undersigned stipulation of the parties' attorneys, that this action is dismissed with prejudice and without costs.

                        s/Paul D. Borman             
                        PAUL D. BORMAN
                        UNITED STATES DISTRICT JUDGE

Dated:  July 25, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 25, 2007.

s/Denise Goodine
Case Manager

3

Troy_446522_1